**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 10-cv-00293-WYD-KMT      FTR - Courtroom C-201

**Date:** January 27, 2011        Deputy Clerk, Nick Richards


MELISSA R. SMITH, and            Randal Kelly (by phone)
STEVE A. PEREA, JR.,

      Plaintiffs,

v.

MARTEN TRANSPORT, LTD.,          Heather Zadina

      Defendant.

---

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:55 a.m.**
Court calls case.  Appearances of counsel. Andrew Jacob Zelser appears on behalf of Interested Party Marrick Medical Finance, LLC with Mr. Naul Manthe.

Motion Hearing is called regarding Interested Party's Motion for Protective Order [Doc. No. 42, filed December 7, 2010].

Statement from Interested Party.
Oral argument from defense.

It is **ORDERED**:      Interested Party's Motion for Protective Order [42] is **GRANTED** for reasons stated on the record.

**Court in Recess: 11:16 a.m.**
Hearing concluded.
Total In-Court Time    00:21

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.