**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 10-cv-00293-WYD-KMT          FTR - Courtroom C-201

**Date:** April 27, 2011                                         Deputy Clerk, Nick Richards


MELISSA R. SMITH, and                               Randal R. Kelly
STEVE A. PEREA, JR.,

        Plaintiffs,

v.

MARTEN TRANSPORT, LTD.,                        Loyd Edgar Smith

        Defendant.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:28 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called in regards to Plaintiffs' Unopposed Alternative Motion to Extend Fact Discovery Deadline to Allow for Specific Depositions [Doc. No. 69, filed March 3, 2011] and Plaintiffs' Motion for Entry of Sanctions for Abuse of Discovery and Renewed Motion to Compel [Doc. No. 71, filed March 3, 2011].

9:32 a.m.      Oral argument from Mr. Kelly
10:12 a.m.    Oral argument from Mr. Smith
10:47 a.m.    Oral argument from Mr. Kelly

**Court in Recess: 11:05 a.m.**
**Court in Session: 11:18 a.m.**

It is **ORDERED**:   Plaintiff's Unopposed Alternative Motion to Extend Fact Discovery Deadline to Allow for Specific Depositions [69] is **GRANTED** for reasons set forth on the record. Counsel for both parties will confer on a date to take the continued deposition of Mr. Ryan McGee on or before May 16, 2011 and will notify the court of the date chosen. When a date for Mr. McGee's deposition is set, the Discovery cut-off deadline will be set 30 days after the date of Mr. McGee's

|  |  |
|---|---|
|  | deposition.  The Dispositive Motions deadline will be set 30 days after the Discovery cut-off date. The Court will issue an order containing the new deadlines for Discovery cut-off and Dispositive Motions. |
| It is **ORDERED**: | Plaintiffs' Motion for Entry of Sanctions for Abuse of Discovery and Renewed Motion to Compel [71] is **DENIED** for reasons set forth on the record.  No sanctions for bringing the motion or defending the motion will be awarded by the Court. |

**FINAL PRETRIAL CONFERENCE** currently set for June 14, 2011 is VACATED and is reset for: September 26, 2011 at 9:30 a.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

**Court in Recess: 11:36 a.m.**
Hearing concluded.
Total In-Court Time    01:55

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.