IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera            Date: May 8, 2012
Court Reporter:    Kara Spitler

Civil Action No. 10-cv-00293-RBJ-KMT

*Parties*:                                *Counsel*:

MELISSA R. SMITH,                         Randal R. Kelly
                                          Kile Johnson
    Plaintiff,                             Gary Pearson

v.

MARTEN TRANSPORT, LTD,                    Kevin Kuhn
                                          Loyd Smith
    Defendant,                             Paul Collins

MARRICK MEDICAL FINANCE, LLC,             Andrew Felser

    Interested Party.

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**8:26 a.m.      Court in session.**

Appearances of counsel.

Opening remarks by the Court.

For the reasons as stated on the record it is:

**ORDERED:** With respect to medical expenses, the evidence that will be admissable will be the amount billed (also known as the private party rate) not the amount paid pursuant to any discount.

**ORDERED:** Court grants leave to the defendant to amend its answer to assert a third-party

claim against Mr. Perea.

**ORDERED:** Mr. Perea will be on the verdict form with respect to his alleged comparative negligence. Plaintiff will be on the verdict form with respect to her alleged comparative negligence for failure to warn the driver.

**ORDERED:** The Court finds the issue of negligent supervision to be moot in view of the defendants' acceptance of vicarious liability.

**ORDERED:** Plaintiff's Trial Brief-Opinion Testimony of Nebraska State Troopers Doc.# [133] is DENIED.

**ORDERED:** Defendant's Motion in Limine Regarding Post-Accident Conduct Doc.# [142] is GRANTED.

**ORDERED:** Plaintiff's Trial Brief-Nebraska Law Concerning Affirmative Defense of Assumption of the Risk Doc.# [143] is GRANTED.

**ORDERED:** Trial Brief Regarding the Testimony of Plaintiff's Expert Walter Guntharp Doc.# [146] is GRANTED IN PART. The Court strikes opinions from his testimony.

**ORDERED:** Motion of Marrick Medical Finance, LLC for Enforcement of Protective Order, and for Other Relief Doc.# [153] is DENIED AS MOOT.

**ORDERED:** Notice of Objection of Marrick Medical Finance, LLC to Defendant's Request for Findings of Fact or Conclusions of Law Concerning Agreements Between Marrick and Plaintiff Doc.# [154] is DENIED AS MOOT.

**ORDERED:** Plaintiff's Motion in Limine Concerning Evidence of the Collateral Source-Marrick Medical Finance Doc.# [155] is DENIED AS MOOT.

**ORDERED:** Plaintiff's Motion in Limine Doc.# [160] is GRANTED IN PART AND DENIED IN PART.

Discussion regarding jury instructions.

Discussion regarding opening statements.

Discussion regarding witness schedule and the scheduling of the deposition of Dr. Entin.

**9:11 a.m.    Court in recess.**

Hearing concluded.

Total time:    00:45