IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-00293-RBJ-KMT

MELISSA R. SMITH and
STEVE A. PEREA, JR.,

    Plaintiffs,

v.

MARTEN TRANSPORT, LTD.,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to a settlement entered into by the parties, the Court hereby dismisses the action with prejudice, each party to pay its accrued costs and expenses.

DATED this 18th day of June, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge